IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KAREN L. HECKEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-07-878-D |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | | |

ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §405(g) for review of the decision of the Commissioner of Social Security Administration denying Plaintiff's application for disability benefits. The matter was referred to United States Magistrate Judge Doyle W. Argo for initial proceedings in accordance with 28 U.S.C. §636 (b)(1)(B). The parties fully briefed their respective positions and, on April 28, 2008, Judge Argo filed a Report and Recommendation [Doc. No. 18] in which he recommended that the Commissioner's decision be affirmed.

In the Report and Recommendation, the Magistrate Judge also advised the parties of their right to file objections to the same; he scheduled a May 19, 2008 deadline for filing such objections. The Magistrate Judge expressly cautioned the parties that a failure to object would constitute a waiver of the right to appeal. The deadline for filing objections has expired, and neither party has filed objections or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 18] is adopted as though fully set forth herein. For the reasons set forth in the Report and Recommendation, the decision of the Commissioner denying Plaintiff's

application for disability benefits is affirmed.

     IT IS SO ORDERED this __4th__ day of June, 2008.

                                                  _____
                                                  TIMOTHY D. DeGIUSTI
                                                  UNITED STATES DISTRICT JUDGE